```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEPHEN GANNON,                               :
                                              :     22-CV-699 (LGS) (RWL)
                           Plaintiff,         :
                                              :     **ORDER**
            - against -                       :
                                              :
162 EAST BROADWAY LLC, et al.,                :
                                              :
                           Defendants.        :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On June 13, 2022, Plaintiff filed proposed findings of fact and conclusions of law in support of inquest pursuant to the Court's May 17, 2022 order at Dkt. 26.  Plaintiff did not, however, submit any supporting papers for attorney's fees as required by the order.  Accordingly, if Plaintiff intends to seek attorney's fees, Plaintiff shall file – no later than **August 16, 2022** – the requisite support as directed in the May 17, 2022 order, paragraph 3.

Additionally, Plaintiff has not submitted any briefing to justify the broad scope of injunctive relief requested.  Accordingly, Plaintiff shall file a letter brief of no more than five pages with any law or argument on which it relies to support the scope of injunctive relief requested.  In particular, Plaintiff shall provide support for issuing any injunctive relief other than the relief requested at paragraph A(ii) of Plaintiff's proposed default judgment.  Alternatively, Plaintiff may file a letter stating that he is limiting his request for injunctive relief to that set forth in said paragraph A(ii).  The foregoing submission must be filed no later than **August 16, 2022**.

1

2

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    August 2, 2022
          New York, New York