UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STEPHEN GANNON,

                        Plaintiff,                             22 **CIVIL** 699 (LGS)

       -against-                                    **JUDGMENT**

162 EAST BROADWAY LLC, et al.,

                        Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 5, 2022, the Report is ADOPTED in full. Plaintiff is awarded damages in the amount of $1,500 and injunctive relief consistent with that described in the Report. The parties shall adhere to the schedule set forth by Judge Lehrburger: (1) Within 90 days of the filing of proof of service of the Order, Defendants shall submit to Plaintiff's counsel an architectural plan to rectify the barriers at 162 East Broadway (the "Subject Facility") and bring the Subject Facility's means of access into compliance with the ADA. Defendants' plan shall also identify any modifications to policies, practices or procedures necessary to achieve accessibility to the Subject Facility by wheelchair users; (2) within 60 days from receipt of Defendants' plan, Plaintiff shall consent to it, or seek further relief from the Court; and (3) within 120 days of Plaintiffs consent or subsequent order of the Court regarding Defendants' plan for remediating the barriers, Defendants shall fully implement the plan, including as may be modified or supplemented by the Court. Plaintiff shall submit a motion and support for calculation of attorneys' fees and costs after entry and enforcement of the judgment.

**Dated:**  New York, New York
            October 6, 2022

                                                                      **RUBY J. KRAJICK**
                                                                      **Clerk of Court**
                                       **BY:**    *K. Mango*
                                                                      **Deputy Clerk**